UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMA BETESH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONIA, LLC and NATHAN ROMANO, in both his individual and professional capacities,<br><br>Defendants. | Civil Action No.: 1:20-cv-09770 (AT)(BCM) |

**STIPULATION AND [PROPOSED] ORDER APPROVING THE SETTLEMENT AND DISMISSING THE CASE**

IT IS HEREBY STIUPLATED AND AGREED by and between the parties, and Ordered by the Court that:

(a) Having reviewed the terms of the parties' resolution of this matter, the Court finds that the parties' settlement of the claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and directs the Clerk to enter this document;

(b) Defendants shall tender all payments to Plaintiff and Plaintiff's counsel in accordance with the schedule set forth in the Settlement Agreement and Release;

(c) The above-captioned action and all causes of action asserted therein are hereby dismissed; and

(d) The Court shall retain jurisdiction over this matter for the sole purpose of enforcing the terms of the Settlement Agreement and Release.

|  |  |
|---|---|
| Dated: April 5, 2021<br>New York, New York | Dated: April 5, 2021<br>Newark, New Jersey |
| **FARUQI & FARUQI, LLP** | **K&L GATES LLP** |
| By:   */s/Innessa M. Huot*<br>     Innessa M. Huot<br>     Alex J. Hartzband<br>     Patrick J. Collopy<br><br>     685 Third Avenue, 26th Floor<br>     New York, New York 10017<br>     Telephone: (212) 983-9330<br>     Facsimile: (212) 983-9331<br>     ihuot@faruqilaw.com<br>     ahartzband@faruqilaw.com<br>     pcollopy@faruqilaw.com | By:   */s/Laura Scully*<br>     Laura Scully<br>     One Newark Center, 10th Floor<br>     Newark, NJ 07102<br>     Telephone: (973) 848-4000<br>     Laura.scully@klgates.com<br><br>*Attorneys for Defendants* |
| **TILTON BELDNER LLP**<br>Eric S. Tilton<br>Joshua Beldner<br>626 RXR Plaza<br>Uniondale, New York 11556<br>Telephone: (516) 262-3602<br>Facsimile: (516) 324-2170<br>etilton@tiltonbeldner.com<br>jbeldner@tiltonbeldner.com685<br><br>*Attorneys for Plaintiff* |  |

SO ORDERED:

_____
The Honorable Analisa Torres
United States District Court Judge

2