UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2021

NORMA BETESH, on behalf of herself
and all others similarly situated,

Plaintiff,

-against-

ONIA, LLC and NATHAN ROMANO, in both
his individual and professional capacities,

Defendants.

20 Civ. 9770 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of the parties' filings at ECF Nos. 31 and 32, the parties are directed to confer and determine whether they consent to the Honorable Barbara C. Moses's jurisdiction moving forward. Doing so will require filing the designated consent form in accordance with ECF No. 11. If the parties choose to consent as such, they shall file the consent form no later than **May 26, 2021**.

SO ORDERED.

Dated: May 19, 2021
New York, New York

ANALISA TORRES
United States District Judge